AO 91 (Rev. 02/09)  Criminal Complaint

**United States District Court**
**Southern District Of Texas**
FILED

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

APR 2 1 2020

David J. Bradley, Clerk

United States of America

v.

SEALED   Case No. M-20-0888-M

Marinelli HINOJOSA-Cantu ( YOB 1976) USC   )
)

_____
*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of   04/16/2020   in the county of   Starr   in the   Southern   District of
Texas   , the defendant violated   8   U. S. C. §   1324(a)(1)(A)(iii)
, an offense described as follows:

Knowing or in reckless disregard of the fact that Brayan Jose JARA-Castro (COB: Ecuador), Olga Lucia CUJILEMA-Gualacio (COB: Ecuador), Segundo Liberato QUIZHPI-Pallchizaca (COB: Ecuador) and twenty-seven (27) others, for a total of thirty (30), who were aliens, who had come to, entered or remained in the United States in violation of law, concealed, harbored, or shielded from detection or attempted to conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation; to wit: a residence in Rio Grande City, Texas.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

Approved by AUSA /s/ Laura Garcia

/s/ Carl A. Kailipaka
*Complainant's signature*

Carl A. Kailipaka, HSI Task Force Officer
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date:   04/21/2020

*Judge's signature*

City and state:   McAllen, Texas

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## **ATTACHMENT A**

I, Carl A. Kailipaka, am a Task Force Officer (TFO) assigned to the United States Homeland Security Investigations (HSI), Falcon Dam, Texas and have knowledge of the following facts:

On Thursday, April 16, 2020, at approximately 8:40 AM, U.S. Border Patrol Agents in Freer, Texas, apprehended thirty (30) undocumented aliens (UDAs) being transported in the back of a dump truck the aliens were suspected to have been loaded from the Rio Grande Valley area,

HSI TFOs traveled to Laredo North, Texas Border Patrol Station to conduct interviews of the smuggling UDAs.

Brayan Jose JARA-Castro one of the UDAs from Ecuador stated he was to pay $12,000.00 United States Dollars (USD) to be smuggled into the United States. After smugglers illegally crossed him and a group through the river he was initially taken to an abandoned house, then later a ranch then taken to a last house before loading into the dump truck. At the last house they were received by a male subject who he identified as          and a female who he thought was

JARA stated he had photographs of          saved on his cellular telephone. JARA provided HSI TFO's verbal and written consent to search his cellular telephone, showing agents several images of the UDA's with a male he identified as

JARA stated in the early morning of April 16, 2020,          ' instructed everyone to go outside and enter the rear of an awaiting dump truck. JARA stated          ' provided a ladder for them to climb inside the dump truck.

Through research and queries run on US Border Patrol systems, HSI TFO's were able to identify the alias          ' as United States Citizen (USC) and the female was identified as USC I

JARA was then presented with two photo lineups. In one lineup JARA identified          as being          In the other lineup JARA identified          as the female who provided them with food and water.

Olga Lucia CUJILEMA-Gualacio another of the UDAs from Ecuador stated she was going to pay $14,000.00 USD to be smuggled into the United States. CUJILEMA stated that she and several other Ecuadorians illegally crossed into the United States. CUJILEMA stated she was transported to several stash houses and could remember where one of the houses was located via Google maps. CUJILEMA stated that at the last stash house they went to there was a male subject they called

1

CUJILEMA stated                said he was the boss. CUJILEMA said
also took a picture with the group. CUJILEMA stated there was also a female at the
stash house she believes was the wife of                CUJILEMA stated that the dump
truck she was being transported in was located at the last stash house and
instructed her to climb into the dump truck.

CUIJELMA was presented with two photo lineups. In one lineup CUJILEMA identified
                as being                . In another lineup CUJILEMA identified
     as the female in the home with

Segundo QUIZHPI-Pallchizaca, another of the UDAs from Ecuador, stated that he was
going to pay $15,000.00 USD to be smuggled into the United States. QUIZHPI stated
that at the last stash house a subject known to him as                oversaw the stash
house. QUIZHPI stated there was also a female subject with                . QUIZHPI stated
          told them to go outside to the dump truck.

QUIZPHI gave agents verbal and written consent to search his cellular telephone.
Agents found a picture of a Google map pin drop on his cellular telephone which
QUIZPHI stated was the location of the last stash house. QUIZPHI was able to identify
the location of the stash house, via Google maps, as being located at
     in Rio Grande City, Texas.

QUIZHPI was able to identify                in a picture taken at the stash house on JARA-
Castro's cellular telephone. QUIZHPI was able to identify                in a photo
lineup as the female at the stash house with                that gave them food and water.

2